■ In the Matter of COMMISSIONER OF DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent, v CHARLES B., Appellant. [935 NYS2d 881]

The Family Court properly denied the application. Family Court Act § 451 (1) provides that a "modification, set aside or vacatur shall not reduce or annul child support arrears accrued prior to the making of an application pursuant to this section." Respondent's reliance on *Matter of Blake v Syck* (230 AD2d 596, 599 [1997], *lv denied* 90 NY2d 811 [1997]) is misplaced, as in that case the father's income never exceeded the poverty income guidelines, and accordingly the child support arrears could not exceed $500 (*see* Family Ct Act § 413 [1] [g]; *see also Matter of Commissioner of Social Servs. v Campos*, 291 AD2d 203 [2002]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Acosta and Abdus-Salaam, JJ.